# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Aniel Joseph,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV 26-05640-PHX-MTM

ORDER

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that he is in custody in violation of the Constitution or laws of the United States and seeking a form of immigration−related relief. Because the procedural history and Petitioner's current detention status are unclear from the record and current filings, the Court will require Respondents to file a status report as to the current status of this matter.

Accordingly,

IT IS ORDERED requiring Respondents to file a status report as to the current status of this matter no later than 2 business days from the date of this Order.

Dated this 9th day of November, 2026.

Michael T. Morrissey

Honorable Michael T. Morrissey
United States Magistrate Judge